UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
PRADEEP MAHAPATRA, Individually and On    )   Case No. 10-cv-2515 (DAB) (DF)
Behalf of All Others Similarly Situated,  )
                                          )
                Plaintiff,                )
                                          )
        vs.                               )
                                          )
FUQI INTERNATIONAL, INC., YU KWAI         )
CHONG, and CHING WAN WONG,                )
                                          )
                Defendants.               )
_____

[Additional Captions Follow]

**NOTICE OF MOTION AND MOTION OF PROPOSED LEAD PLAINTIFFS
BRENT EVANS, SIDNEY AND ELAINE GLICK FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFFS AND THE APPROVAL OF
<u>THEIR SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| ROBERT M. HODGE, Individually and on behalf of himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>                Defendants. | Case No. 10-cv-2544 (DAB) (DF) |
| THOMAS MARKEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>              vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG and CHARLENE HUA,<br><br>                Defendants. | Case No. 10-cv-2556 (DAB) (DF) |

| | |
|---|---|
| _____ | |
| JOEL A. HOFFLICH,                                         ) | Case No. 10-cv-2610 (DAB) (DF) |
|                                                                         ) | |
|                               Plaintiff,                           ) | |
|                                                                         ) | |
|              vs.                                                      ) | |
|                                                                         ) | |
| FUQI INTERNATIONAL, INC., YU KWAI     ) | |
| CHONG, CHING WAN WONG, LIE XI           ) | |
| ZHUANG, LILLY LEE CHEN, EILEEN B.       ) | |
| BRODY, VICTOR A. HOLLANDER, HAIYONG ) | |
| JEFF LIU, WILLIAM BLAIR & COMPANY,    ) | |
| L.L.C., COWEN & COMPANY, L.L.C. and      ) | |
| OPPENHEIMER & CO., INC.,                        ) | |
|                                                                         ) | |
|                               Defendants.                       ) | |
| _____ | |

| | |
|---|---|
| _____ | |
| CARLTON COWIE, On Behalf of Himself and All  ) | Case No. 10-cv-2611 (DAB) (DF) |
| Others Similarly Situated,                               ) | |
|                                                                         ) | |
|                               Plaintiff,                           ) | |
|                                                                         ) | |
|              vs.                                                      ) | |
|                                                                         ) | |
| FUQI INTERNATIONAL, INC., YU KWAI     ) | |
| CHONG, and CHING WAN WONG,               ) | |
|                                                                         ) | |
|                               Defendants.                       ) | |
| _____ | |

| | |
|---|---|
| _____ | |
| FUCHSBERG INVESTMENT PARTNERS, On    ) | Case No. 10-cv-2639 (DAB) (DF) |
| Behalf of Itself and All Others Similarly Situated,  ) | |
|                                                                         ) | |
|                               Plaintiff,                           ) | |
|                                                                         ) | |
|              vs.                                                      ) | |
|                                                                         ) | |
| FUQI INTERNATIONAL, INC., YU KWAI     ) | |
| CHONG, and CHING WAN WONG,               ) | |
|                                                                         ) | |
|                               Defendants.                       ) | |
| _____ | |

| | |
|---|---|
| TAMMY DEE THOMPSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & CO., OPPENHEIMER & CO. INC., and COWEN AND COMPANY, LLC,<br><br>Defendants. | Case No. 10-cv-2640 (DAB) (DF) |
| HAI RONG YANG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>Defendants. | Case No. 10-cv-2654 (DAB) (DF) |

| | |
|---|---|
| HARRY POGASH, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 10-cv-2885 (DAB) (DF) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, and CHARLENE HUA, | ) <br> ) <br> ) <br> ) |
| Defendants. | |

| | |
|---|---|
| SIDNEY and ELAINE GLICK, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 10-cv-3007 (DAB) (DF) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | ) <br> ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG, | ) <br> ) <br> ) |
| Defendants. | ) |

| | |
|---|---|
| ─────────────────────────────────────<br>MICHAEL E. COOPER, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & COMPANY, L.L.C., OPPENHEIMER & CO., INC., and COWEN & COMPANY, L.L.C.<br><br>      Defendants.<br>───────────────────────────────────── | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 10-cv-3024 (DAB) (DF) |
| ─────────────────────────────────────<br>RICHARD C. STARKEY, derivatively on behalf of FUQI INTERNATIONAL, INC.,<br><br>      Plaintiff,<br><br>   vs.<br><br>YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, and JEFF HAIYONG LIU,<br><br>      Defendants.<br>───────────────────────────────────── | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 10-cv-3326 (DAB) (DF) |

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion of Proposed Lead Plaintiffs Brent Evans, Sidney and Elaine Glick for Consolidation, Appointment as Lead Plaintiffs and the Approval of their Selection of Lead Counsel, and the

1

Declaration submitted in support thereof and such other evidence as the Court may consider Brent Evans, Sidney and Elaine Glick move the Court, pursuant to Sections 21D (a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") for an order: (i) consolidating the above captioned actions, (ii) appointing them as Lead Plaintiffs for the claims asserted; and (iii) approving their choice of Stull, Stull & Brody and Weiss & Lurie as Co-Lead Counsel.

Dated: May 18, 2010

WEISS & LURIE

By: /s/ Joseph H. Weiss
Joseph H. Weiss
Mark D. Smilow
WEISS & LURIE
551 Fifth Avenue
New York, New York 10176
(212) 682-3025
(212) 682-3010 (Fax)

Jules Brody
STULL STULL & BRODY
6 East 45th Street
New York, New York 10017
(212) 687-7230
(212) 490-2022 (Fax)

Attorneys for Plaintiffs
Brent Evans, Sidney and
Elaine Glick